1 | **DONALD M. GINDY** (SBN# 45228)
2 | E-Mail: don@gindylaw.com
  | Law Offices of Donald M. Gindy
3 | 1925 Century Park East, Suite 650
  | Los Angeles CA, 90067
4 | Telephone: (424) 284-3123
5 |
6 | Attorney for Plaintiff,
  | VBCONVERSIONS LLC
7 |
8 | UNITED STATES DISTRICT COURT
9 | CENTRAL DISTRICT OF CALIFORNIA
10 |

| | |
|---|---|
| VBCONVERSIONS LLC, A California Limited Liability Company<br><br>Plaintiff,<br><br>v.<br><br>BLUESWITCH LLC, a New York Limited Liability Company; BLUESWITCH NY, INC., a New York corporation; MARK NAKACH, an individual; DOES 1-10, inclusive;<br><br>Defendants. | Case No: 15-cv-09372 PA(PLAx)<br>*[Assigned to Hon. Percy Anderson]*<br><br>**PROOF OF SERVICE OF SUMMONS AND COMPLAINT AS TO DEFENDANTS BLUE SWITCH, LLC., & MARK NAKACH** |