NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER
DONALD M. GINDY, SB# 45228
LAW OFFICES OF DONALD M. GINDY
1925 Century Park East, Suite 650
Los Angeles, California 90067
Telephone: 424.284.3123
Email: don@gindylaw.com

ATTORNEY(S) FOR: VBCONVERSIONS LLC

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

VBCONVERSIONS LLC, A CALIFORNIA LIMITED LIABILITY COMPANY,

Plaintiff(s),

v.

BLUE SWITCH.COM INC., a New York corporation; MARK NAKACH, an individual; JOE SHOMER, an individual; DOES 1-10, inclusive;

Defendant(s).

CASE NUMBER:

15-cv-09372 PA(PLAx)

Amended
CERTIFICATION AND NOTICE
OF INTERESTED PARTIES
(Local Rule 7.1-1)

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for ___VBCONVERSIONS LLC, a California Limited Liability Company___ or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| VBCONVERSIONS LLC | Plaintiff |
| BLUE SWITCH.COM INC. | Defendant |
| MARK NAKACH | Defendant |
| JOE SHOMER | Defendant |
| DOES 1-10 | Defendants |

February 5, 2016
Date

/s/ Donald M. Gindy
Signature

Attorney of record for (or name of party appearing in pro per):

CV-30 (05/13)                    NOTICE OF INTERESTED PARTIES