# FEDERAL COURT PROOF OF SERVICE

VBConversions LLC v. BLUE SWITCH.COM INC., et al.

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

At the time of service, I was over 18 years of age and not a party to the action. My business address is 1925 Century Park East, Suite 650, Los Angeles, CA 90067. I am employed in the office of a member of the bar of this Court at whose direction the service was made.

On February 5, 2016, I served the following document(s):

SECOND AMENDED COMPLAINT

I served the documents on the following persons at the following addresses (including fax numbers and e-mail addresses, if applicable):

| | |
|---|---|
| Eric M. George | Attorneys for BLUE SWITCH.COM |
| Jonathan L. Gottfried | INC.; MARK NAKACH; JOE |
| **BROWN GEORGE ROSS LLP** | SHOMER |
| 2121 Avenue of the Stars, Suite 2400 | |
| Los Angeles, CA 90067 | |
| TEL: (310) 274-7100 | |
| FAX: (310) 275-5697 | |

The documents were served by the following means:

☒ BY CM/ECF NOTICE OF ELECTRONIC FILING: I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the State of the United States of America that the foregoing is true and correct.

Executed on February 5, 2016, at Los Angeles, California.

/s/ Eddie Gomez_____
Eddie Gomez

1
SECOND AMENDED COMPLAINT