**DONALD M. GINDY** (SBN# 45228)
E-Mail: don@gindylaw.com
Law Offices of Donald M. Gindy
1925 Century Park East, Suite 650
Los Angeles CA, 90067
Telephone: (424) 284-3123

Attorney for Plaintiff,
VBCONVERSIONS LLC

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VBCONVERSIONS LLC, A California Limited Liability Company<br><br>Plaintiff,<br><br>v.<br><br>BLUE SWITCH.COM INC., a New York corporation; MARK NAKACH, an individual; JOE SHOMER, an individual; DOES 1-10, inclusive;<br><br>Defendants. | Case No: 15-cv-09372 PA(PLAx)<br>[*Assigned to the Hon. Percy Anderson*]<br><br>**[Proposed]**<br>**ORDER ON STIPULATION THAT PLAINTIFF, VBCONVERSIONS LLC, MAY FILE A SECOND AMENDED COMPLAINT** |

The parties have presented the Court with a stipulation providing plaintiff, VBConversions LLC, with consent to file a Seconded Amended Complaint pursuant to Rule 15(a)(2) of the Federal Rules of Civil Procedure.  Further, as part of the stipulation, VBConversions agrees to dismiss without prejudice the named defendant entities.

1

The Court has read and considered the stipulation and finds Good Cause exists to permit the filing of a Second Amended Complaint.  VBConversions is ordered to file the amended complaint on or before the 5 day of February, 2016.

**IT IS SO ORDERED.**

DATED:

_____
Judge, United States District Court