BROWNE GEORGE ROSS LLP
Eric M. George (State Bar No. 166403)
  egeorge@bgrfirm.com
Jonathan L. Gottfried (State Bar No. 282301)
  jgottfried@bgrfirm.com
2121 Avenue of the Stars, Suite 2400
Los Angeles, California 90067
Telephone: (310) 274-7100
Facsimile: (310) 275-5697

Attorneys for Defendant/Counterclaimant
Blue Switch.com Inc. and Defendants
Mark Nakach and Joe Shomer

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| VBCONVERSIONS LLC, a California Limited Liability Company,<br><br>  Plaintiff,<br><br>vs.<br><br>BLUE SWITCH.COM INC., a New York corporation; MARK NAKACH, an individual; JOE SHOMER, an individual; DOES 1-10, inclusive,<br><br>  Defendants.<br><br>―――――――――――――――<br>BLUE SWITCH.COM INC., a New York corporation,<br><br>  Counterclaimant,<br><br>vs.<br><br>VBCONVERSIONS LLC, a California Limited Liability Company, DAVID A. CROOK,<br><br>  Counter- Defendants. | Case No. 2:15-CV-09372-PA-PLAX<br><br>**PROOF OF SERVICE OF SUMMONS AND COUNTERCLAIMS, AS TO COUNTERCLAIM DEFENDANT DAVID A. CROOK**<br><br>Judge: Hon. Percy Anderson<br><br>Trial Date: None Set |

608775.1

PROOF OF SERVICE OF SUMMONS AND COUNTERCLAIMS, AS TO COUNTERCLAIM DEFENDANT
DAVID A. CROOK

## PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 2121 Avenue of the Stars, Suite 2400, Los Angeles, CA 90067.

On February 22, 2016, I served true copies of the following document(s) described as **PROOF OF SERVICE OF SUMMONS AND COUNTERCLAIMS, AS TO COUNTERCLAIM DEFENDANT DAVID A. CROOK** on the interested parties in this action as follows:

| | |
|---|---|
| Donald M. Gindy, Esq.<br>LAW OFFICES OF<br>DONALD M. GINDY<br>1925 Century Park East, Suite 650<br>Los Angeles, California 90067<br>Tel: 424.284.3123<br>Email: don@gindylaw.com | Attorneys for Counterclaim Defendants VBConversions LLC and David A. Crook |

**BY ELECTRONICALLY MAILING THE DOCUMENTS TO DONALD M. GINDY, COUNSEL FOR DAVID A. CROOK, WHO AGREED TO ACCEPT SERVICE, VIA E-MAIL OF THE DOCUMENTS, ON BEHALF OF DAVID A. CROOK**

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on February 22, 2016, at Los Angeles, California.

/s/ Jonathan L. Gottfried
Jonathan L. Gottfried

608775.1

PROOF OF SERVICE OF SUMMONS AND COUNTERCLAIMS, AS TO COUNTERCLAIM DEFENDANT DAVID A. CROOK