**DONALD M. GINDY** (SBN# 45228)
E-Mail: don@gindylaw.com
Law Offices of Donald M. Gindy
1925 Century Park East, Suite 650
Los Angeles CA, 90067
Telephone: (424) 284-3123

Attorney for Plaintiff/Counterdefendants,
VBCONVERSIONS LLC; DAVID CROOK

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VBCONVERSIONS LLC, A California Limited Liability Company,<br><br>Plaintiff,<br><br>v.<br><br>BLUE SWITCH.COM INC., a New York Corporation; MARK NAKACH, an individual; JOE SHOMER, an individual; DOES 1-10, inclusive,<br><br>Defendants.<br><br>BLUE SWITCH.COM INC., a New<br><br>Counterclaimant,<br><br>v.<br><br>VBCONVERSIONS LLC, a California Limited Liability Company, DAVID A. CROOK,<br><br>Counter-Defendants. | Case No: 15-cv-09372 PA(PLAx)<br>[*Assigned to the Hon. Percy Anderson*]<br><br>**REPLY BRIEF DECLARATION OF DAVID A. CROOK IN SUPPORT OF MOTION TO DISMISS COUNTERLAIMANT'S COUNTERCLAIMS**<br><br>[Filed concurrently with Reply Brief and Request for Judicial Notice] |

I, David A. Crook, declare, if called and sworn I would testify truthfully and competently to the facts set forth below.

1. I am the managing member of VBConversions LLC. I have already provided a declaration in this matter. *Dkt. No.* 52.

2. I find it necessary to explain the details of the data received by the VBC servers which disclose the nature and extent of infringement by Mark Nakach and his employer, Blue Switch.com Inc. They have denied converting 800,000 lines of code to C# by reason of using the VBC program. As a result, the court will find attached documents called "Proofs," *Exhibit* "C" to the Second Amended Complaint, *Dkt. No.* 23-3, which are summaries explaining the findings documented by the servers on spreadsheets. The total of Visual Basic code converted to C# code amounts to 806,639.

3. VBC's servers record the actions of users when using its program called VB.Net to C# Converter. A description of the data received and included in the attachment is, as follows:

At the beginning of the document is one page per recorded event and corresponds to one row in the spreadsheet. This is most of the document.

At the top of each page is the event recorded and corresponds to the Mode column in the spreadsheet (for instance, Proof of Illegal Conversion).

The columns on the rest of the page are:

**Computer Name**: The computer name of the infringer. This corresponds to the Computer column in the spreadsheet. Here, it is BS-MARKN2.

**Server date**: The date that the event was recorded on VBConversions servers. It corresponds to the Created_Date column on the spreadsheet and is usually a few

seconds after the User Date (the date the event happened on the user's computer). For example, 11/19/2015 10:51:32 a.m.

**Installed (user date)**: This is the date the VBConversions software was installed on the user's computer. It corresponds to the Installation_Date column on the spreadsheet. Here, 11/3/2015  11:03 a.m.

**Program**: always "VB.Net to C# Converter"

**Program Version**: the version of the VB.Net to C# Converter used, such as 3.12, etc. It corresponds to the Version column of the spreadsheet.

**Key**: The 25 digit unlock code used. This is absent when using the trial version, but present for purchased versions or infringements when an unauthorized code is used. If a key is absent and a conversion takes place that is greater than 2000 lines, it indicates reverse engineering. This corresponds to the Key column on the spreadsheet.

**Registration Name**:  The user's name as entered when registering the program. The user enters this manually when registering. This corresponds to the Registration_Name column in the spreadsheet. The screen in the software where this is entered is shown below:

**Registration Organization**: The user's organization as entered when registering the program. The user enters this manually when registering. This corresponds to the Registration_Organization column in the spreadsheet.

**Registration Email**: The user's email address as entered when registering the program. The user enters this manually when registering. This corresponds to the Registration_Email column in the spreadsheet.

**Public IP**: The user's public visible IP address. It corresponds to the REMOTE_HOST column in the spreadsheet. VBC recorded 216.52.89.4 for Mr. Nakach and Blue Switch.

**Private IP**: The user's private IP address, which identifies the computer internally on the company network. It corresponds to the Ip_Internal column in the spreadsheet. Recorded is 10.10.3.128.

**Username**: The Windows username the user used to log into their computer. This corresponds to the Username column in the spreadsheet. Here it is "markn."

**Domain**: The Domain the user's computer was connected to when the infringement occurred. Company's group computers together into Domains for ease of organization, and are often named after the company. This corresponds to the Domain column in the spreadsheet, i.e., BLUESWITCHNY.COM.

**Owner**: The computer's owner as registered within Windows. This is typically defined when Windows is installed. This corresponds to the Owner column in the spreadsheet.

**Organization**: The computer's organization as registered within Windows. This is typically defined when Windows is installed. This corresponds to the Organization column in the spreadsheet.

**Project Name:** This is the name of the VB Project being converted.  A VB Project is a collection of VB.Net source code.  When it is compiled, it produces an executable program that a user can use.  This corresponds to the VB_Project_Name column in the spreadsheet.  The servers have recorded "BlueBasis.vbproj."

**C# Lines**: The number of C# lines in the converted VB.Net project.  This corresponds to the CSharp_Lines column in the spreadsheet. For instance, it may reflect 99,893 lines converted to C#.

Summary Section at End of Document

At the end of the document is a summary section, with one line per illegal conversion.  The columns are:

**Server Date**:  The date that the conversion was recorded on VBConversions servers.  It corresponds to the Created_Date column on the spreadsheet and is usually a few seconds after the User Date (the date the event happened on the user's computer).

**Computer**: The computer name of the infringer.  This corresponds to the Computer column in the spreadsheet.

**Project Name**: This is the name of the VB Project being converted.  A VB Project is a collection of VB.Net source code.  When it is compiled, it produces an executable program that a user can use.  This corresponds to the VB_Project_Name column in the spreadsheet.

**VB Lines**:  The number of VB lines in the original VB Project.  This corresponds to the VB_Lines column in the spreadsheet.

**C# Lines**: The number of C# lines in the converted VB.Net project.  This corresponds to the CSharp_Lines column in the spreadsheet.

REPLY BRIEF DECLARATION OF DAVID A. CROOK IN SUPPORT OF MOTION TO DISMISS COUNTERCLAIMANT'S COUNTERCLAIMS

4.     VBC's servers record the actions of users when using its program called VB.Net to C# Converter.

5.     A record of the user's actions when using the VB.Net to C# Converter is recorded on VBC's servers at or near the time it occurred.

6.     The records are essential to the business and are regularly kept.

7.     I am the managing member of VBConversions LLC and able and willing to provide the above data as proof of the infringement.

8.     Our records are reliable and trustworthy and we have taken steps to maintain the integrity of our records.

9.     I have reviewed install figures from VBC usage logs.  I counted by looking at the number of unique combinations of computer and installation date (some pirated versions force the same installation date across multiple computers).  This was done for all dates recorded (2006 through and including March 31, 2016).

The results are, as follows:

Global installs: 117,286

Global purchases: 1,961

US installs: 12,452

US purchases: 1,213

Global install/purchase ratio: 1.67%

US install/purchase ratio: 9.74%

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed this 4th day of April, 2016.

_____
David A. Crook